Hon. Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>KYLE MAGANA,<br><br>　　Defendant. | No. CR 25 – 010 JNW<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL & PRETRIAL MOTIONS DEADLINE<br><br>Note for Motion: September 2, 2025 |

DEFENDANT KYLE MAGANA's Unopposed Motion to Continue Trial Date & Pretrial Motions Deadline came on regularly for hearing, and, the Court being fully advised, GRANTS the motion.

The Court finds that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the ends of justice served by granting the requested continuance outweigh the best interest of the public and defendant in a speedy trial, for the reasons outlined in defendant's motion. Specifically, it

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL & PRETRIAL MOTIONS DEADLINE – 1

US v. Magana, CR 25-010 JNW

LAW OFFICES OF STEPHAN R. ILLA, P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142
THESTEPHANATOR@MSN.COM

appears to the Court that the failure to grant a trial continuance would effectively deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that the trial is continued to **May 18, 2026**; and the deadline for pretrial motions is set for April 20, 2026.

IT IS FURTHER ORDERED that the period of delay from the filing of this defendant's motion until the new trial date is excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) for computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161 – 3174.

ORDERED this 25th day of September, 2025.

_____
Hon. Jamal N. Whitehead
U.S. District Court Judge

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL & PRETRIAL MOTIONS DEADLINE – 2

US v. Magana, CR 25-010 JNW

LAW OFFICES OF STEPHAN R. ILLA, P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142
THESTEPHANATOR@MSN.COM

Presented by:

| | |
|---|---|
| LAW OFFICES OF STEPHAN R. ILLA | GEISNESS LAW FIRM |
| *[signature]* | *[signature]* |
| Stephan R. Illa<br>WSBA No. 15793<br>Attorney for Defendant | Peter Thomas Geisness<br>WSBA No. 30897<br>Attorney for Defendant |

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL & PRETRIAL MOTIONS DEADLINE – 3

US v. Magana, CR 25-010 JNW

LAW OFFICES OF STEPHAN R. ILLA, P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142
THESTEPHANATOR@MSN.COM