UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KYLE MAGANA,<br><br>Defendant. | CASE NO. 2:25-cr-00010-JNW-1<br><br>ORDER TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE |

THIS MATTER HAVING come before the Court on the Defendant's Motion to Continue Trial Date, and Pre-Trial Motions Deadline, Dkt. No. 65, and the Court having reviewed the file, and having considered the records herein:

THIS COURT FINDS that pursuant to 18 U.S.C §3161(h)(7)(B)(i), that failure to grant the proposed continuance in the proceedings would make a continuation of such proceedings impossible or result in a miscarriage of justice.

THIS COURT FINDS that pursuant to 18 U.S.C.§3161(h)(7)(B)(iv), that failure to grant the continuance would deny the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review

ORDER TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE - 1

the evidence and consider possible defenses and motions taking into account the exercise of due diligence;

The additional time requested is a reasonable period of delay as the defendant has requested more time to prepare for trial, to investigated the matter, to gather evidence material to the defense, and consider possible defenses;

THIS COURT FINDS that pursuant to 18 U.S.C 3161(h)(7)(A) the ends of justice will be served by a continuance and outweigh the best interests of the public and the defendant in a speedy trial;

The time requested between the current trial date and the new trial date is needed to provide counsel with the reasonable time necessary to prepare for trial considering all of the facts in the record;

The period of delay from the date of this order to the new trial date is excludable pursuant to 18 U.S.C. §§3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS ORDERED that the trial date will be continued to November 16, 2026, at 9:00 am. The time between this date and the new trial date is excluded in computing the time within which a trial must be held pursuant to 18 U.S.C. §3161 *et. seq.*

THE COURT FURTHER ORDERS that all Pre-Trial Motions shall be filed on October 19, 2026. Response to said motions shall be filed in accordance with Local Rules.

ORDER TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE - 2

Dated this 7th day of April, 2026.

Jamal N. Whitehead
United States District Judge