UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KYLE MAGANA,<br><br>Defendant. | CASE NO. 2:25-cr-00010-JNW-1<br><br>ORDER GRANTING IN PART DEFENDANT'S MOTION TO CONTINUE |

On October 16, 2026, Defendant Kyle Magana moved to continue the trial date and pretrial motions deadline by one year. Dkt. No. 96. He also asked for an "extension of deadlines by [four] weeks across the board" for all upcoming motions filed by the Government. Dkt. No. 97 at 2. The Government doesn't oppose a continuance in principle but argues that a full-year extension is too long. The Court heard oral argument on October 20, 2026, and GRANTED IN PART the motion for the reasons stated on the record, continuing trial until April 2027. This Order confirms that ruling and adds the findings and rulings below.

THIS COURT FINDS that pursuant to 18 U.S.C § 3161(h)(7)(B)(i), that failure to grant a continuance in this proceeding would likely result in a miscarriage of justice.

THIS COURT FINDS that pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), that failure to grant the continuance would deny the defendant the reasonable time necessary for effective preparation, due to his need for more time to review the evidence, and consider possible defenses and motions, taking into account exercise of due diligence;

The additional time is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and consider possible defenses;

THIS COURT FINDS that pursuant to 18 U.S.C § 3161(h)(7)(A) the ends of justice will be served by a continuance and outweigh the best interests of the public and the defendant in a speedy trial;

IT IS ORDERED that the trial date is CONTINUED to April 19, 2027, at 9:00 a.m. The period of delay from the date of this order to the new trial date is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

THE COURT FURTHER ORDERS that all Pre-Trial Motions must be filed by March 22, 2027. Responses are due as provided by the Local Rules.

The Court DENIES without prejudice Magana's motion for an "across-the-board" extension for all future filings. If Magana needs more time to respond to a particular Government motion, he may ask for it then.

Dated this 22nd day of October 2026

Jamal N. Whitehead
United States District Judge